# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-213-TSZ |
| Plaintiff, | |
| v. | DETENTION ORDER |
| RONNIE GEORGE | |
| Defendant. | |

<u>Offenses charged</u>:

    COUNT 1: SOCIAL SECURITY FRAUD- CONCEALING EVENTS AFFECTING RIGHTS TO BENEFITS, in violation of 42 U.S.C. § 1383 a(a)(3)

    COUNT 2: SOCIAL SECURITY FRAUD- FALSE STATEMENT FOR DETERMINING RIGHTS TO BENEFITS, in violation of 42 U.S.C. § 1383 a(a)(2) and 18 U.S.C. § 2

    COUNT 3: SOCIAL SECURITY FRAUD- FALSE STATEMENT FOR DETERMINING RIGHTS TO BENEFITS, in violation of 42 U.S.C. § 1383 a(a)(2) and 18 U.S.C. § 2

    COUNT 4: THEFT OF GOVERNMENT FUNDS-SOCIAL SECURITY, in violation of 18 U.S.C. §§ 641 and 2

    COUNT 5: THEFT OF GOVERNMENT FUNDS-HEALTH AND HUMAN SERVICES, in violation of 18 U.S.C., §§ 641 and 2

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

Date of Detention Hearing: July 6, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant provided inconsistent and contradictory information regarding his contacts within this jurisdiction, employment history, hand guns, and length of time in relationships.

2. Defendant allegedly suffers substantial mental health issues.

3. Defendant has been charged with threats to kill persons with whom he had a competing business and to bomb their business, and threats of obstruction.

4. The evidence against the defendant, although the least significant factor, is very strong.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//

//

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of July, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 3